IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BENJAMIN DWAYNE SCOTT                                           PLAINTIFF

    v.                  Civil No. 06-6007
                      Civil No. 06-6031

LARRY SANDERS, Sheriff,
Garland County, Arkansas;
SGT. R. RADLEY; OFFICER
B. STRICKLAND; CHIEF HOLT;
CAPTAIN M. STEED;
NURSE TOMMY HARMON;
OFFICER J. DUNN; and
OFFICER DODGE                                                   DEFENDANTS

## **ORDER**

Now on this 30th day of August 2006, there comes on for consideration the report and recommendation filed herein on August 15, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). The parties have not filed any objections to the report and recommendation.

After the report and recommendation was filed, Plaintiff filed two supplements (Docs. 15 and 16) regarding the same medical issues involved in his motion for injunction or temporary restraining order (Doc. 5). The Court considered the additional documents along with the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for preliminary injunction or temporary restraining order is hereby DENIED.

IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge