```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

BENJAMIN DWAYNE SCOTT                                    PLAINTIFF

    V.                CIVIL NO. 06-6007
                             06-6031

LARRY SANDERS, Sheriff
of Garland County, Arkansas;
SGT. R. RADLEY; OFFICER B.
STRICKLAND; CHIEF HOLT;
CAPTAIN M. STEED; NURSE
TOMMY HARMON; OFFICER J.
DUNN and OFFICER DODGE                                  DEFENDANTS

## ORDER

    Now on this 11th day of October 2007, there comes on for consideration the report and recommendation filed herein on August 29, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 41). Plaintiff filed written objections to the report and recommendation (Doc. 44).

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 32) is GRANTED and this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

                                      /S/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge